UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  X
                                                              :
KAM LEE,                                                      :
                                    Plaintiff,                :
                        -against-                             :          21 Civ. 4506 (LGS)
                                                              :
SAKS FIFTH AVENUE LLC.                                        :              ORDER
                                    Defendant.                :
------------------------------------------------------------  X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for July 22, 2021. Dkt. No. 7.

WHEREAS, this Court's June 10, 2021, Order required the parties to file a joint letter and proposed case management plan by July 15, 2021. Dkt. No. 7.

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan by **July 20, 2021, at noon**. If Plaintiff has not been in communication with Defendant, by **June 20, 2021, at noon**, Plaintiff shall file a status letter (1) apprising the Court of the efforts to serve Defendant; (2) proposing a deadline by which to move for default judgment against Defendant pursuant to this Court's Individual Rules; and (3) requesting adjournment of the initial conference.

Dated: July 16, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**