UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KAM LEE,                                                      :
                                    Plaintiff,               :
                   -against-                                  :                21 Civ. 4506 (LGS)
                                                              :
SAKS FIFTH AVENUE LLC.                                        :                ORDER
                                    Defendant.               :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference was scheduled for July 22, 2021.  (Dkt. No. 7.)

WHEREAS, this Court's June 10, 2021, Order required the parties to file a joint letter and proposed case management plan by July 15, 2021.  (Dkt. No. 7.)

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  (Dkt. No. 9.)

WHEREAS, on July 19, 2021, Plaintiff filed a letter requesting an adjournment of the initial conference and permission to file a default judgment motion.  (Dkt. No. 10.)

WHEREAS, on July 20, 2020, the Court granted Plaintiff's motion and directed Plaintiff to file any default judgment motion by September 20, 2021.  (Dkt. No. 11.)

WHEREAS, on September 20, 2021, Defendant appeared (Dkt. No. 12), and moved for an extension of time to file an answer or otherwise respond to the complaint (Dkt. No. 13).

WHEREAS, on September 20, 2021, the Court granted Defendant's motion and extended Defendant's time to respond to the complaint to October 20, 2021.  (Dkt. No. 14.)

WHEREAS, on October 20, 2021, Defendant answered the complaint.  (Dkt. No. 16.)  It is hereby

ORDERED that, by **October 28, 2021**, the parties shall file a joint letter and proposed case management plan as outlined in the Court's June 10, 2021 Order.  (Dkt. No. 7.)

Dated: October 21, 2021
       New York, New York


                                            _____
                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE