UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                    :
KAM LEE,                                            :
                              Plaintiff,            :
                  -against-                         :          21 Civ. 4506 (LGS)
                                                    :
SAKS FIFTH AVENUE LLC.                              :          ORDER
                              Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference was scheduled for July 22, 2021.  (Dkt. No. 7.)

WHEREAS, this Court's June 10, 2021, Order required the parties to file a joint letter

and proposed case management plan by July 15, 2021.  (Dkt. No. 7.)

WHEREAS, the parties failed to file the joint letter or proposed case management plan.

(Dkt. No. 9.)

WHEREAS, on July 19, 2021, Plaintiff filed a letter requesting an adjournment of the

initial conference and permission to file a default judgment motion.  (Dkt. No. 10.)

WHEREAS, on July 20, 2020, the Court granted Plaintiff's motion and directed Plaintiff

to file any default judgment motion by September 20, 2021.  (Dkt. No. 11.)

WHEREAS, on September 20, 2021, Defendant appeared (Dkt. No. 12), and moved for

an extension of time to file an answer or otherwise respond to the complaint (Dkt. No. 13).

WHEREAS, on September 20, 2021, the Court granted Defendant's motion and extended

Defendant's time to respond to the complaint to October 20, 2021.  (Dkt. No. 14.)

WHEREAS, on October 20, 2021, Defendant answered the complaint.  (Dkt. No. 16.)

WHEREAS, on October 28, 2021, the parties filed a joint letter and proposed case

management plan (Dkt. No. 18), and, on October 29, 2021, the Court entered the case

management plan (Dkt. No. 19).  It is hereby

       **ORDERED** that the parties shall appear for an initial conference on **November 18, 2021,**

**at 10:40 a.m.**  The conference will be telephonic and will occur on the following conference

line:  888-363-4749, access code: 5583333.  The time of the conference is approximate, but the

parties shall be prepared to begin at the scheduled time.

Dated: October 29, 2021
      New York, New York

                             LORNA G. SCHOFIELD
                        UNITED STATES DISTRICT JUDGE

2