UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                 :

KAM LEE,                                                   :
                                 Plaintiff,    :
              -against-               :          21 Civ. 4506 (LGS)
                                                            :
SAKS FIFTH AVENUE LLC.                     :           ORDER
                                  Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an initial conference is scheduled for November 18, 2021, at 10:40 a.m. (Dkt. No. 20.)  It is hereby

       **ORDERED** that the November 18, 2021 conference is **ADJOURNED to November 18, 2021 at 11:20 a.m.**  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: November 16, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE